1100

[No. 19803-7-II.    Division Two.    February 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KELVIN
L. KEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-04490-2, Terry D. Sebring, J., entered
July 19, 1995. *Reversed* by unpublished opinion per Sein-
feld, J., concurred in by Houghton, C.J., and Bridgewater,
J.


[No. 19887-8-II.    Division Two.    February 14, 1997.]

ROSA M. SARAUSAD, *Appellant*, v. PERSONNEL
APPEALS BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 94-2-04296-1, Daniel J. Berschauer, J.,
entered August 9, 1995. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Houghton, C.J., and
Bridgewater, J.


[No. 36033-7-I.    Division One.    February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
BAZINET, *Appellant*.

Appeal from a judgment of the Superior Court for Skag-
it County, No. 93-1-00418-3, George E. McIntosh, J.,
entered January 20, 1995. *Affirmed* by unpublished per
curiam opinion.


[No. 36448-1-I.    Division One.    February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN H.
LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-04619-1, Arthur E. Piehler, J., entered
April 17, 1995. *Remanded* by unpublished opinion per
Agid, J., concurred in by Becker and Ellington, JJ.